**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **ARDENT SERVICES, L.L.C.,**<br><br>**Plaintiff,**<br><br>**versus**<br><br>**C.H. ROBINSON TRANSPORTATION COMPANY, INC., C.H. ROBINSON COMPANY, INC., and PERCY MOTOR XPRESS, LLC,**<br><br>**Defendants.** | **CIVIL ACTION**<br><br>**NO. 8:25-cv-01821** |

**COMPLAINT FOR DAMAGES**

Plaintiff Ardent Services, L.L.C. ("Ardent") files its *Complaint for Damages* against Defendants C.H. Robinson Transportation Company, Inc., C.H. Robinson Company, Inc., and Percy Motor Xpress, LLC, and avers on information and belief as follows:

**PARTIES**

1. Ardent is a limited liability company duly organized and existing under and by virtue of the laws of the State of Louisiana, with an office and principal place of business located at 170 New Camellia Boulevard, Suite 200, Covington, Louisiana, 70433, is domiciled in and a resident of the State of Louisiana, is duly licensed and authorized by the State of Florida to conduct business, and holds a certificate of authority to conduct business in the State of Florida. Ardent's sole member is AR Holding Corporation, a corporation duly organized and existing under and by virtue of the laws of the State of Delaware, with its registered office and principal executive office address located at 301 Merritt Seven, 6th Floor, Norwalk, Connecticut, 06851. AR Holding Corporation is domiciled in and a resident of the States of Delaware and Connecticut.

2. Defendant C.H. Robinson Transportation Company, Inc., is a business corporation duly organized and existing under and by virtue of the laws of the State of Minnesota, with its registered office and principal executive office address located at 14701 Charlson Road, Eden Prairie, Minnesota, 55347, is domiciled in and a resident of the State of Minnesota, and Defendant C.H. Robinson Transportation Company, Inc. is registered with the Florida Department of State as a foreign profit corporation, with a registered agent for service of process identified as Corporation Service Company, located at 1201 Hays Street, Tallahassee, Florida, 32301-2525.

3. Defendant C.H. Robinson Company, Inc. is a business corporation duly organized and existing under and by virtue of the laws of the State of Minnesota, with its registered office and principal executive office address located at 14701 Charlson Road, Eden Prairie, Minnesota, 55347, is domiciled in and a resident of the State of Minnesota, and Defendant C.H. Robinson Company, Inc. is registered with the Florida Department of State as a foreign profit corporation, with a registered agent for service of process identified as Corporation Service Company, located at 1201 Hays Street, Tallahassee, Florida, 32301-2525.

4. Defendant Percy Motor Xpress, LLC, is a limited liability company duly organized and existing under and by virtue of the laws of the State of Florida, with its principal address located at 13521 NW 137th Place, Alachua, Florida, 32615, is domiciled in and a resident of the State of Florida, with a registered agent for service of process identified as United States Corporation Agents, Inc., located at 476 Riverside Avenue, Jacksonville, Florida, 32202.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1332(a)(1), because the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

6. This Court has venue pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

**FACTS**

7. Ardent contracted with Florida Power & Light Company ("FPL") to perform work for and provide goods and services to FPL, including but not limited to FPL's Project N7104N – Manatee Augmentation, a battery energy storage system located at 19052 FL-62, Parrish, Florida, 34219, and Ardent arranged for the procurement and delivery of Samsung E4D battery modules to FPL's battery energy storage system in Parrish, Florida.

8. Ardent contracted with Defendants C.H. Robinson Transportation Company, Inc., and/or C.H. Robinson Company, Inc., for transportation of the Samsung E4D battery modules from Cape Canaveral, Florida to FPL's battery energy storage system located at 19052 FL-62, Parrish, Florida, 34219, in shipments consisting of 128 batteries per truck, with the 128 batteries separated onto 16 pallets, 8 batteries per pallet.

9. Eleven shipments of 128 batteries per shipment were successfully delivered, without damage, by Defendants C.H. Robinson Transportation Company, Inc., and/or C.H. Robinson Company, Inc., to FPL's battery energy storage system located at 19052 FL-62, Parrish, Florida, 34219.

10. Each and every one of the eleven successfully delivered battery shipments incorporated and utilized air bags/pillows, which cushioned the batteries, and prevented the batteries from sustaining damage, and from shifting and impacting each other, each pallet, and the truck's interior cargo walls, during transit.

11. On September 22, 2023, Ardent contracted with Defendants C.H. Robinson Transportation Company, Inc., and/or C.H. Robinson Company, Inc., for shipment number 12 of

the Samsung E4D battery Cape Canaveral, Florida to FPL's battery energy storage system located at 19052 FL-62, Parrish, Florida, 34219, in a shipment consisting of 128 batteries, with the batteries separated equally onto 16 separate pallets.

12. The shipping terms were FOB destination.

13. Without Ardent's knowledge or consent, Defendants C.H. Robinson Transportation Company, Inc., and/or C.H. Robinson Company, Inc., subcontracted the delivery of shipment number 12 to Defendant Percy Motor Xpress, LLC, per the STRAIGHT BILL OF LADING identifying Defendant Percy Motor Xpress, LLC as the carrier.

14. The 128 batteries were in good order and condition, undamaged, and ready for use in FPL's Project N7104N – Manatee Augmentation, a battery energy storage system located at 19052 FL-62, Parrish, Florida, 34219, when Defendants C.H. Robinson Transportation Company, Inc., and/or C.H. Robinson Company, Inc., and/or Defendant Percy Motor Xpress, LLC, took the batteries into its/their custody, possession, and control on September 22, 2023.

15. When shipment number 12 was delivered to FPL's Project N7104N, battery energy storage system in Parrish, Florida, all of the batteries were damaged due to shifting during the transit from Cape Canaveral, Florida, to Parrish, Florida.

16. Defendants C.H. Robinson Transportation Company, Inc., and/or C.H. Robinson Company, Inc., and/or Defendant Percy Motor Xpress, LLC, failed to incorporate and utilize air bags/pillows in shipment number 12, which allowed the batteries to sustain damage, shift and impact each other, each pallet, and the truck's interior cargo walls, as well as any and all other acts of negligence to be proven at trial.

17. Without Ardent's knowledge or consent, Defendants C.H. Robinson Transportation Company, Inc., and/or C.H. Robinson Company, Inc., and/or Defendant Percy Motor Xpress,

LLC, made the decision to load and transport the 128 batteries in shipment number 12 without incorporating and utilizing air bags/pillows to prevent damage to the 128 batteries.

18. The damage to the batteries and the lack of use of incorporating and utilizing air bags/pillows to prevent damage to the 128 batteries, was duly noted on the STRAIGHT BILL OF LADING at delivery.

19. Samsung was apprised of the damage to the batteries, and per correspondence dated October 27, 2023, advised that none of the batteries were acceptable for use due to the damage sustained during transit, and that any use of the batteries posed a substantial safety risk.

20. Ardent advised Defendants C.H. Robinson Transportation Company, Inc., and/or C.H. Robinson Company, Inc., Inc., and/or Defendant Percy Motor Xpress, LLC, of Samsung's rejection of the damaged batteries.

21. Despite the uncontradicted damage to, and complete and total loss of, the 128 Samsung batteries in shipment number 12, known to Defendants C.H. Robinson Transportation Company, Inc., and/or C.H. Robinson Company, Inc., and/or Defendant Percy Motor Xpress, LLC, on or about October 27, 2023, an unnecessary litigation hold and evidence preservation demand was served on Ardent, requiring Ardent to retain possession of and store the batteries, at great expense, as the batteries require reefer containers and daily monitoring of temperature.

22. Eventually the unnecessary litigation hold and evidence preservation demand was terminated, and Ardent disposed of the 128 batteries for a nominal salvage value.

23. All conditions precedent to the institution of this litigation have been satisfied.

**BREACH OF CONTRACT**

24. Ardent repeats, re-alleges, and re-avers paragraphs 1 – 23 with the same force and effect as if set forth herein, individually and/or collectively, *in extenso*.

25. Ardent contracted with Defendants C.H. Robinson Transportation Company, Inc., and/or C.H. Robinson Company, Inc., and/or Defendant Percy Motor Xpress, LLC, to deliver the 128 batteries in the same good order and undamaged condition they were in when Defendants C.H. Robinson Transportation Company, Inc., and/or C.H. Robinson Company, Inc., and/or Defendant Percy Motor Xpress, LLC, took the batteries into its/their custody, possession, and control on September 22, 2023.

26. Ardent suffered damages in the total amount of $1,530,572.93, inclusive of the value of the total loss of the 128 batteries, equipment rental costs, labor and fuel expenses, and all other damages as may be proven at trial, because of Defendants C.H. Robinson Transportation Company, Inc.'s, and/or C.H. Robinson Company, Inc.'s and/or Defendant Percy Motor Xpress, LLC's, breach of contract.

27. Based on the foregoing, Defendants C.H. Robinson Transportation Company, Inc., and/or C.H. Robinson Company, Inc., and/or Defendant Percy Motor Xpress, LLC, are truly and justly indebted to Ardent for the total amount of $1,530,572.93, plus all interest, costs, attorneys' fees, expenses, and all other damages suffered by Ardent as a result of Defendants C.H. Robinson Transportation Company, Inc.'s, and/or C.H. Robinson Company, Inc.'s and/or Defendant Percy Motor Xpress, LLC's, breach of contract, as may be proven at trial.

**NEGLIGENCE**

28. Ardent repeats, re-alleges, and re-avers paragraphs 1 – 23 with the same force and effect as if set forth herein, individually and/or collectively, *in extenso*.

29. Defendants C.H. Robinson Transportation Company, Inc., and/or C.H. Robinson Company, Inc., and/or Defendant Percy Motor Xpress, LLC, failed to exercise due care and failed to act in a reasonable and prudent manner by failing to incorporate and utilize air bags/pillows in

shipment number 12, which would have prevented the 128 batteries from sustaining damage that rendered the 128 batteries a complete and total loss, and for all other negligent acts and omissions as may be proven at trial.

30. Ardent suffered damages in the total amount of $1,530,572.93, inclusive of the value of the total loss of the 128 batteries, equipment rental costs, labor and fuel expenses, and all other damages as may be proven at trial, because of Defendants C.H. Robinson Transportation Company, Inc.'s, and/or C.H. Robinson Company, Inc.'s and/or Defendant Percy Motor Xpress, LLC's, negligence.

31. Based on the foregoing, Defendants C.H. Robinson Transportation Company, Inc., and/or C.H. Robinson Company, Inc., and/or Defendant Percy Motor Xpress, LLC, are truly and justly indebted to Ardent in $1,530,572.93, plus all interest, costs, attorneys' fees, expenses, and all other damages suffered by Ardent as a result of Defendants C.H. Robinson Transportation Company, Inc.'s, and/or C.H. Robinson Company, Inc.'s and/or Defendant Percy Motor Xpress, LLC's, negligence.

## BREACH OF BAILMENT

32. Ardent repeats, re-alleges, and re-avers paragraphs 1 – 23 with the same force and effect as if set forth herein, individually and/or collectively, *in extenso*.

33. Defendants C.H. Robinson Transportation Company, Inc., and/or C.H. Robinson Company, Inc., and/or Defendant Percy Motor Xpress, LLC, as bailees of the 128 Samsung batteries in shipment number 12, failed to exercise the degree of care towards the batteries that a reasonably prudent person would bestow on his/her own goods, by failing to incorporate and utilize air bags/pillows in shipment number 12, which would have prevented the 128 batteries from

sustaining damage that rendered the 128 batteries a complete and total loss, and for all other negligent acts and omissions as may be proven at trial.

34. Ardent suffered damages in the total amount of $1,530,572.93, inclusive of the value of the total loss of the 128 batteries, equipment rental costs, labor and fuel expenses, and all other damages as may be proven at trial, because of Defendants C.H. Robinson Transportation Company, Inc.'s, and/or C.H. Robinson Company, Inc.'s and/or Defendant Percy Motor Xpress, LLC's, breach of bailment.

35. Based on the foregoing, Defendants C.H. Robinson Transportation Company, Inc., and/or C.H. Robinson Company, Inc., and/or Defendant Percy Motor Xpress, LLC, are truly and justly indebted to Ardent in $1,530,572.93, plus all interest, costs, attorneys' fees, expenses, and all other damages suffered by Ardent as a result of Defendants C.H. Robinson Transportation Company, Inc.'s, and/or C.H. Robinson Company, Inc.'s and/or Defendant Percy Motor Xpress, LLC's, breach of bailment.

## JURY DEMAND

Ardent demands a jury trial.

**WHEREFORE,** Plaintiff Ardent Services, L.L.C. prays that its *Complaint for Damages* against Defendants C.H. Robinson Transportation Company, Inc., C.H. Robinson Company, Inc., and Percy Motor Xpress, LLC, be deemed good and sufficient, and that after due proceedings are had, that this Honorable Court enter *Judgment* in favor of Plaintiff Ardent Services, L.L.C., and against Defendants C.H. Robinson Transportation Company, Inc., C.H. Robinson Company, Inc., and Percy Motor Xpress, LLC, casting Defendants C.H. Robinson Transportation Company, Inc., C.H. Robinson Company, Inc., and Percy Motor Xpress, LLC, in judgment and liable for all of the alleged damages sustained by Plaintiff Ardent Services, L.L.C., plus all interest, costs, attorneys'

fees, expenses, and all other damages, and for all other legal, equitable, and general relief to which Plaintiff Ardent Services, L.L.C. is legally entitled.

Respectfully submitted on July 15, 2025.

SCHOUEST, BAMDAS, SOSHEA,
BENMAIER & EASTHAM, PLLC

s/Matthew F. Popp
MATTHEW F. POPP (565946)
365 Canal Street, Suite 2450
New Orleans, Louisiana 70130
Telephone: (504) 584-4958
Facsimile: (504) 528-9442
E-mail: mpopp@sbsb-eastham.com

**PLEASE SERVE:**

**DEFENDANT C.H. ROBINSON TRANSPORTATION COMPANY, INC.**
**c/o CORPORATION SERVICE COMPANY**
**1201 HAYS STREET**
**TALLAHASSEE, FLORIDA, 32301-2525**

**DEFENDANT C.H. ROBINSON COMPANY, INC.**
**c/o CORPORATION SERVICE COMPANY**
**1201 HAYS STREET**
**TALLAHASSEE, FLORIDA, 32301-2525**

**DEFENDANT PERCY MOTOR XPRESS, LLC**
**c/o UNITED STATES CORPORATION AGENTS, INC.**
**476 RIVERSIDE AVENUE**
**JACKSONVILLE, FLORIDA, 32202**